IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND TAB | Case No. 1:14-ml-2570-RLY-TAB |
| PRODUCTS LIABILITY LITIGATION | MDL No. 2570 |

This Document Relates to Plaintiff Victoria Looper
Case No. 1:16-cv-03510

**ORDER PURSUANT TO PLAINTIFF VICTORIA LOOPER'S REQUEST FOR LEAVE TO FILE A LONGER SURREPLY PURSUANT TO CMO 28 AND RULE 56(d)(3)**

This matter is before the Court on the Plaintiff's Request for Leave to File a Longer

Surreply pursuant to Case Management Order 28 and Rule 56(d)(3). The Court, being

duly advised and with good cause shown, hereby grants the motion. [Filing No. 27490.]

IT IS THEREFORE ORDERED that Plaintiff's Longer Surreply pursuant to Case

Management Order 28 and Rule 56(d)(3) filed at Filing No. 27490 is hereby accepted and is

deemed filed as of the date of the original filing, December 2, 2025.

Date: 1/21/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all registered counsel of record via the Court's ECF system.